McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED
Nov 05, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America



**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2008 BLACK TOYOTA SCION, WITH LICENSE PLATE 6YVS157 | CASE NO. 2:20-SW-455-DB<br><br>ORDER<br><br>**UNDER SEAL** |

    The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the application and order, signed May 26, 2020, which authorized agents of DEA to install and monitor a tracking device in or on a 2008 BLACK TOYOTA SCION, with license plate 6YVS157, ("TARGET VEHICLE"), for a period of 45 days.

    The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

    Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

/ / /

/ / /

/ / /

1

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: November 5, 2020

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE