1  MCGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:          [PROPOSED] ORDER TO UN-SEAL SEARCH
                                            WARRANTS
12 N THE MATTER OF THE APPLICATION OF       2:19-SW-985-KJN
   THE UNITED STATES OF AMERICA FOR
13 AN ORDER AUTHORIZING THE
   INSTALLATION AND USE OF PEN
14 REGISTERS AND TRAP AND TRACE
   DEVICES FOR CELLULAR TELEPHONES
15 ASSIGNED CALL NUMBERS (541) 720-2042
   & (916) 968-8093
16
   THE CELLULAR TELEPHONES ASSIGNED        2:19-SW-986-KJN
17 CALL NUMBERS (541) 720-2042 & (916)
   968-8093
18
   A BLUE NISSAN MAXIMA, WITH              2:19-SW-1081-CKD
19 LICENSE PLATE 8LGG074

20 A 2009 BLUE NISSAN MAXIMA WITH          2:20-SW-0002-DB
   LICENSE PLATE 8LGG074
21
   THE CELLULAR TELEPHONE ASSIGNED         2:20-SW-192-CKD
22 CALL NUMBER (916) 640-9543

23 IN THE MATTER OF THE APPLICATION        2:20-SW-193-CKD
   OF THE UNITED STATES OF AMERICA
24 FOR AN ORDER AUTHORIZING THE
   INSTALLATION AND USE OF PEN
25 REGISTERS AND TRAP AND TRACE
   DEVICES FOR A CELLULAR TELEPHONE
26 ASSIGNED CALL NUMBER (916) 640-9543

27
   2001 GREY GMC YUKON XL WITH             2:20-SW-301-EFB
28 LICENSE PLATE 7WUX983

                                    1

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (279) 222-6292 | 2:20-SW-395-AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (279) 222-6292 | 2:20-SW-396-AC |
| A 2016 white Nissan Versa, with license plate 8ROZ764 | 2:20-SW-454-DB |
| A 2008 black Toyota Scion, with license plate 6YVS157 | 2:20-SW-455-DB |
| INFORMATION ASSOCIATED WITH THE SNAPCHAT ACCOUNT "im.chito" THAT IS STORED AT PREMISES CONTROLLED BY SNAP, INC. | 2:20-SW-534-EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 896-8190 | 2:20-SW-756-KJN |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 986-8190 | 2:20-SW-757-KJN |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 896-8190 | 2:20-SW-801-KJN |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-281-8551, WITH IMSI 310240130137730 | 2:20-SW-808-CKD |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 667-5694 | 2:20-SW-959-DB |

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 667-5694 | 2:20-SW-968-DB |
| A 2009 BLUE NISSAN MAXIMA, WITH LICENSE PLATE 8LGG074 | 2:20-SW-972-DB |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 621-7638 | 2:20-SW-1003-JDP |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ASSOCIATED WITH (916) 896-8190, (916) 621-7638, (916) 591-3917, (209) 605-5936, (530) 368-5271, and (916) 718-7426 | 2:20-SW-1009-JDP |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 721-9528 | 2:20-SW-1146-DB |
| A.   8357 Yermo Way, Sacramento, California 95828;<br>B.   Honda Accord bearing CA license plate number 4HDX937;<br>C.   Ford Mustang bearing CA license plate number 8RYY558;<br>D.   Blue 2009 Nissan Maxima bearing CA license plate number 8LGG074 | 2:21-SW-022-KJN |
| 3205 West Capitol Avenue #12 West Sacramento, California 95691 | 2:21-SW-023-KJN |
| A.   7675 Manorside Drive, Sacramento, California 95832<br>B.   Toyota Tacoma bearing CA license plate number 8S71563 | 2:21-SW-024-KJN |
| A.   7381 Pritchard Road, Sacramento, California 95828;<br>B.   A gray 2007 Chevrolet pickup truck, bearing CA license plate number 49436S1;<br>C.   A Teal 2007 Chevy Silverado, bearing CA license plate number 8K67921;<br>D.   A 1991 Chevy truck, bearing CA license plate number 8Y64756 | 2:21-SW-025-KJN |

3

1

A. 8528 Bellamy Way, Sacramento, California 95828          2:21-SW-026-KJN

2
B. A Jeep Compass bearing CA license plate number
   6ASU504;

3
C. A Ford Explorer bearing CA license plate number
   6GGM623;

4
D. A GMC Yukon bearing CA license plate number
   7WUX983

5

A. 4190 Sierra Vista Avenue, Sacramento, California          2:21-SW-027-KJN
   95820

6
B. A black 2015 Chrysler sedan bearing CA license
   plate number 8JSR366

7

8

A. 5241 Crystal Hill Way Sacramento, California          2:21-SW-028-KJN
   95823;

9
B. A Honda Accord bearing CA license plate number
   6JXW131;

10
C. A Honda Civic bearing CA license plate number
   8AME145;

11
D. A Chevrolet Silverado bearing CA license plate
   Number 32899V1

12

A. 3205 West Capitol Avenue #21, West Sacramento,          2:21-SW-029-KJN
   California 95691;

13
B. The person of Jaime Castro Lazcano;

C. A black Chrysler 300, bearing CA license plate

14
   8RSZ217;

D. A white 2009 Chevrolet Tahoe, bearing CA license

15
   plate 7BAV301

16

A. 3205 West Capitol Avenue #38, West Sacramento,          2:21-SW-030-KJN
   California 95691;

17
B. The person of Javier Hernandez;

C. A silver 1997 Honda Civic, bearing CA license plate

18
   3XBJ248

19

A. 1182 Franklin Avenue, Yuba City, California 95991;          2:21-SW-031-KJN
B. The person of Robert Scott Frandsen;

20
C. A Dodge truck, bearing CA license plate 54470U1;
D. A Toyota sedan, bearing CA license plate 8HFY114

21

A. 425 Chablis Way, Manteca, California 95337          2:21-SW-032-KJN

22
B. A grey 2019 Dodge Charger, bearing CA license
   plate number 8HTP712

23

A. 7618 Amherst Street, #4, Sacramento, California          2:21-SW-033-KJN

24
B. A Black 2008 Toyota Scion, bearing CA license
   Plate number 6YVS157;

C. A White 2016 Nissan Versa, bearing CA license

25
   plate number 8ROZ764

26

27

28

4

1

## **ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated:   February 26, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE